## United States Bankruptcy Court
## Northern District of California

In re **Impeva Labs, Inc.** _____,  Case No. _____

Debtor

Chapter __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 1,218,907.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 983,443.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $ 272,799.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 1,027,872.50 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 28 | $ 1,218,907.00 | $ 2,284,114.89 | |

In re:  **Impeva Labs, Inc.**                                    Case No. _____
                                                                            (If known)
                        **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

                                          Total    ➢    | 0.00 |

                                                   (Report also on Summary of Schedules.)

In re __Impeva Labs, Inc._____     Case No. _____
                        Debtor                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America (Checking) Los Altos, CA | | 39,957.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Landlord Deposit - Mountain View | | 13,000.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Landlord Deposit - Panama City | | 3,500.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Utilities Deposit | | 1,068.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Allied Administrator - Dental | | 6,756.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Bill Cooley Insurance D&O and Liability | | 14,231.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Blue Shield California | | 30,227.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | The Hartford - Workers Comp | | 567.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  **Impeva Labs, Inc.**                                    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K plan administered by Aris Corp., State College, PA** | | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Wholly owned subsidiary in Armenia.** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | | **292,004.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Employee advances** | | **10,580.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Global Tracking Sytem** | | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Computer equipment located in Panama City, FL and Mountain View, CA.** **Book Value** | | **67,125.00** |

In re  **Impeva Labs, Inc.**                                        Case No. _____
                                                                              (If known)
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Fixtures and lab equipment Book Value** | | 49,255.00 |
| 30. Inventory. | | **Inventory, WIP Book Value** | | 690,637.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_  continuation sheets attached                        Total ➤      **$1,218,907.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  Impeva Labs, Inc. _____     Case No. _____

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ Debtor ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ ‎ ‎ ‎ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Agility Investment Holdings, LLC<br>PO Box 25418<br>Safat, Kuwait 13115 | | | **Convertibe Secured Promissory Note 6/11/09**<br><br>VALUE $631,507.00 | | | | 631,507.00 | 0.00 |
| ACCOUNT NO.<br><br>ARINC, Inc.<br>2551 Riva Road<br>Annapolis, MD 21401 | | | **Convertible Secured Promissory Note**<br>**3/18/10**<br><br>VALUE $100,000.00 | | | | 100,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Dell Financial Services<br>12234 N. IH-35, Bldg B<br>Austin, TX 78753 | | | **Leased computer equipment**<br>**2/6/08**<br><br>VALUE $20,771.00 | | | | 20,771.00 | 0.00 |
| ACCOUNT NO.<br><br>James and Agnes Kim<br>1345 Enterprise Drive<br>W. Chester, PA 19380 | | | **Convertible Secured Promissory Note**<br>**6/5/09**<br><br>VALUE $231,165.00 | | | | 231,165.00 | 0.00 |

0 ‎ ‎ ‎ continuation sheets
‎ ‎ ‎ ‎ ‎ attached

| | | |
|---|---|---|
| Subtotal ➢<br>(Total of this page) | $ 983,443.00 | $ 0.00 |
| Total ➢<br>(Use only on last page) | $ 983,443.00 | $ 0.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re   **Impeva Labs, Inc.** _____   Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>5</u>  **continuation sheets attached**

In re  **Impeva Labs, Inc.**                                    Case No. _____
_____                                        (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amber Kopp<br>216 Eleanor Street<br>Panama City, FL 32404** | | | **Wages** | | | | **2,000.00** | **2,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Anthony Moroyan<br>12002 Emerald Hill Lane<br>Los Altos, CA 94022** | | | **Wages** | | | | **31,419.38** | **10,950.00** | **$20,469.38** |
| ACCOUNT NO.<br>**Brian Donlan<br>13834 Sunrise Lane<br>Southport, FL 32409** | | | **Wages** | | | | **17,402.56** | **10,950.00** | **$6,452.56** |
| ACCOUNT NO.<br>**Bryan Shah<br>2101 West HWY 390<br>Apt. 324<br>Lynn Haven, FL 32444** | | | **Wages** | | | | **4,935.58** | **3,230.77** | **$1,704.81** |
| ACCOUNT NO.<br>**Daniel Bartlett<br>7418 Chipewa Street<br>Callaway, FL 32404** | | | **Wages** | | | | **8,788.07** | **8,788.07** | **$0.00** |
| ACCOUNT NO.<br>**Edward Hester<br>140 H.L Sudduth Drive<br>Panama City, FL 32404** | | | **Wages** | | | | **5,961.92** | **5,169.23** | **$792.69** |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)    $ **70,507.51**    $ **41,088.07**    $ **29,419.44**

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

In re __Impeva Labs, Inc.__ _____,                    Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Eric Topp<br>17919 Arbor Green Drive<br>Tampa, FL 33647 | | | Wages | | | | 13,782.05 | 8,974.36 | $4,807.69 |
| ACCOUNT NO.<br>Eugene Rohling<br>4770 Misty Lake Ct. NE<br>Kennesaw, GA 30144 | | | Wages | | | | 11,961.53 | 8,615.38 | $3,346.15 |
| ACCOUNT NO.<br>Gaspar De Guzman<br>2081 Scott Blvd.<br>Santa Clara, CA 95050 | | | Wages | | | | 5,457.70 | 3,553.85 | $1,903.85 |
| ACCOUNT NO.<br>George Rassam<br>1064 Meridian Avenue<br>San Jose, CA 95125 | | | Wages | | | | 14,587.18 | 10,950.00 | $3,637.18 |
| ACCOUNT NO.<br>Igor Ryshakov<br>3500 Granada Ave., No. 132<br>Santa Clara, CA 95054 | | | Wages | | | | 11,275.96 | 9,692.31 | $1,583.65 |
| ACCOUNT NO.<br>James Jennings<br>221 Scooter Drive<br>Panama City Beach, FL 32408 | | | Wages | | | | 6,154.05 | 4,379.48 | $1,774.57 |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)     $ 63,218.47    $ 46,165.38    $ 17,053.09

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $          $

In re __Impeva Labs, Inc._____  Case No. _____
                                                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**James McDaniel**<br>7578 Kelsey Drive<br>Panama City, FL 32404 | | | **Wages** | | | | 5,623.08 | 3,661.54 | $1,961.54 |
| ACCOUNT NO.<br>**Maurice Kelechian**<br>10824 Bloomfield St., No. 305<br>Toluca Lake, CA  91602 | | | **Wages** | | | | 13,230.76 | 8,615.38 | $4,615.38 |
| ACCOUNT NO.<br>**Michael Baumgartner**<br>1325 West Park Lane<br>Panama City, CA 32404 | | | **Wages** | | | | 19,846.16 | 10,950.00 | $8,896.16 |
| ACCOUNT NO.<br>**Milton Beachy**<br>13733 SW County Rd.<br>275 Blountstown, FL 32424 | | | **Wages** | | | | 9,371.79 | 6,102.56 | $3,269.23 |
| ACCOUNT NO.<br>**Norayr Minassian**<br>20143 Summerset Drive<br>Cupertino, CA 95014 | | | **Wages** | | | | 19,294.87 | 10,950.00 | $8,344.87 |
| ACCOUNT NO.<br>**Paul Berenberg**<br>733 Bond Way<br>Mountain View, CA 94040 | | | **Wages** | | | | 7,715.71 | 7,715.71 | $0.00 |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page) | $ 75,082.37 | $ 47,995.19 | $ 27,087.18

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

In re   Impeva Labs, Inc.                                          Case No. _____
                                                                            (If known)
_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Randall Shepard<br>400 E. 16th Street<br>Panama City, FL 32405 | | | Wages | | | | 22,602.57 | 10,950.00 | $11,652.57 |
| ACCOUNT NO.<br>Starla Collins<br>309 S. McArthur Ave.<br>Panama City, FL 32401 | | | Wages | | | | 2,306.64 | 2,306.64 | $0.00 |
| ACCOUNT NO.<br>Stephane Bagneris<br>2815 Glauser Drive<br>San Jose, CA 95133 | | | Wages | | | | 1,122.56 | 733.33 | $389.23 |
| ACCOUNT NO.<br>Timothy Hester<br>2206 Trenton Circle<br>Panama City, FL 32406 | | | Wages | | | | 8,462.82 | 5,743.59 | $2,719.23 |
| ACCOUNT NO.<br>Travis Watts<br>6711 Boat Race Road<br>Panama City, FL 32405 | | | Wages | | | | 3,074.62 | 3,074.62 | $0.00 |
| ACCOUNT NO.<br>Valerie Cumbie<br>585 Lagoon Oaks Dr.<br>Panama City, FL 32408 | | | Wages | | | | 5,341.95 | 4,038.46 | $1,303.49 |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)   $ 42,911.16    $ 26,846.64   $ 16,064.52

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $    $

In re **Impeva Labs, Inc.** _____,     Case No. _____
                Debtor                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

## Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wayne Perrier<br>17086 Trail Ridge Lane<br>Morgan Hill, CA 95037 | | | Wages | | | | 14,440.14 | 10,950.00 | $3,490.14 |
| ACCOUNT NO.<br><br>Won Lee<br>152 S. 23rd Street<br>San Jose, CA 95116 | | | Wages | | | | 6,639.74 | 5,743.59 | $896.15 |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)      $  **21,079.88**    $  **16,693.59**  $  **4,386.29**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $  **272,799.39**

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )     $  **178,788.87**  $  **94,010.52**

In re  Impeva Labs, Inc.                              Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,651.33 |
| 1-800 Pro Color, Inc. 59-B North Santa Cruz Ave. Los Gatos, CA 95030 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 4,538.23 |
| Abacus Technologies, Inc. 3894 Mannix Drive, No. 208 Naple, FL 34114 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 9,901.00 |
| All America Semiconductor LLC PO Box 673895 Detroit, MI 48267 | | | Trade Vendor 1/2010 | | | | |
| ACCOUNT NO. | | | | | | | 3,191.21 |
| Allied Administrators PO Box 45739 San Francisco, CA 94145 | | | Dental Insurance 2/2010 | | | | |
| ACCOUNT NO. | | | | | | | 543.05 |
| Alpha Ventures LLC 12002 Emerald Hill Lane Los Altos, CA 94022 | | | Trade Vendor 2/2010 | | | | |

<u>13</u>   Continuation sheets attached

|  | Subtotal ➤ | $ | 19,824.82 |
|---|---|---|---|
|  | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Impeva Labs, Inc.**                                    Case No. _____
_____                              _____
                         Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 8,961.36 |
| American Standard Circuits, Inc. 475 Industrial Drive West Chicago, IL 60185 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,515.81 |
| Anthony Moroyan 12002 Emerald Hill Lane Los Altos Hills, CA 94022 | | | Expense Reimbursement | | | | |
| ACCOUNT NO. | | | | | | | 10,000.00 |
| Anwar Al-Bisher Law Firm Kuwait Chamber of Commerce Industry Bldg, 6th Flr. Al Shuhada St., PO Box 26292 Safat, 13123 Kuwait | | | Legal Services 1/2010 | | | | |
| ACCOUNT NO. | | | | | | | 1,509.50 |
| Aris Corporation of America 270 Walker Drive PO Box 1318 State College, PA 16804 | | | 401(k) Plan Administrator 2009 | | | | |
| ACCOUNT NO. | | | | | | | 19,265.00 |
| Arrow Electronics, Inc. PO Box 6000 File 21174 San Francisco, CA 94160 | | | Trade Vendor 2009 | | | | |

Sheet no. 1 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  41,251.67

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Impeva Labs, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 170.40 |
| Arrow Pest Service, Inc. 823 South Tyndall Pkwy Pamama City, FL 32404 | | | Pest Control 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 135.03 |
| AT&T - CA Payment Center Sacramento, CA 95887 | | | Phone Service 1/2009 | | | | |
| ACCOUNT NO. | | | | | | | 196.94 |
| AT&T-FL (Bellsouth) PO Box 105262 Atlanta, GA 30348 | | | Phone Service 1/2009 | | | | |
| ACCOUNT NO. | | | | | | | 8,165.01 |
| Avnet Electronics Marketing Box 100340 Pasadena, CA 91189 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 6,910.02 |
| Binder USA 3903 Calle Tecate Camarillo, CA 93012 | | | Trade Vendor 1/2010 | | | | |

Sheet no. _2_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ 　　　　　15,577.40

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Impeva Labs, Inc.**                                    Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 557.19 |
| Brian J. Donlan 13834 Sunrise lane Southport, FL 32409 | | | Expense Reimbursement | | | | |
| ACCOUNT NO. | | | | | | | 16,423.24 |
| CCX Corp. 1399 Horizon Ave Lafayette, CO 80026 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 166.19 |
| Cingular Wireless AT&T Mobility PO Box 53216 Atlanta, GA 30353 | | | Phone Service 1/2010 | | | | |
| ACCOUNT NO. | | | | | | | 145.59 |
| City of Panama Utility Service PO Box 2487 Panama City, FL 32402 | | | Utilities 2/2010 | | | | |
| ACCOUNT NO. | | | | | | | 325.25 |
| Daystar Cleaning, Inc. 1814 Beck Ave Panama City, FL 32405 | | | Janitorial Services | | | | |

Sheet no. _3_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **17,617.46**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Impeva Labs, Inc.**                                          Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 18,455.00 |
| Devon Enterprises LLC 1360 Guernseytown Rd. Watertown, CT 06795 | | | Trade Vendor 2010 | | | | |
| ACCOUNT NO. | | | | | | | 29,296.63 |
| Digi-Key PO Box 250 Thief River Falls, MN 56701 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 2,114.00 |
| Energy Sales, Inc. 355 E. Middlefield Road Mountain View, CA 94043 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 470.36 |
| Federal Express PO Box 7221 Pasadena, CA 91109 | | | Shipping Services 2010 | | | | |
| ACCOUNT NO. | | | | | | | 500,000.00 |
| Fouad Alghanim & Sons Group of Co. Fouad Alghanim PO Box 2118 Safat, 13022 Kuwait | | | Unsecured Convertible Note 2/16/10 | | | | |

Sheet no. _4_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                550,335.99

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Impeva Labs, Inc.                                                    Case No. _____
                                                                                          (If known)
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,936.01 |
| Future Electronics Corp. 3255 Paysphere Circle Chicago, IL 60674 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 2,659.29 |
| Guardian PO Box 530157 Atlanta, GA 30353 | | | Life/Disability Insurance 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 925.48 |
| Gulf Power PO Box 830660 Birmingham, AL 35283 | | | Utilities 2/2010 | | | | |
| ACCOUNT NO. | | | | | | | 5,784.45 |
| Hydro Aluminum North America, Inc. PO Box 2310 Carol Stream, IL 60132 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 3,076.50 |
| Illinois Capacitor, Inc. 97191 Eagle Way Chicago, IL 60678 | | | Trade Vendor 2009-2010 | | | | |

Sheet no. 5 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 18,381.73

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Impeva Labs, Inc.                                          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Iridium Satellite LLC 8440 S. River Parkway Tempe, AZ 85284 | | | Trade Vendor 2010 | | | | 18,966.99 |
| ACCOUNT NO. | | | | | | | |
| Keane Advisors, LLC 1345 Enterprise Drive, Ste 200 W. Chester, PA 19380 | | | Trade Vendor 2009 | | | | 739.40 |
| ACCOUNT NO. | | | | | | | |
| Knology (2) PO Box 830330 Birmingham, AL 35283 | | | Trade Vendor 2010 | | | | 4,169.84 |
| ACCOUNT NO. | | | | | | | |
| Koehike Components, Inc. 1201 Commerce Center Drive Franklin, Ohio 45505 | | | Trade Vendor 2009-2010 | | | | 10,076.73 |
| ACCOUNT NO. | | | | | | | |
| M and H Trailers 347 West 14th Street Panama City, FL 32401 | | | Trade Vendor 2009 | | | | 243.80 |

Sheet no. 6 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    34,196.76

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Impeva Labs, Inc.                                          Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 435.54 |
| Macke Water Systems Corporate Offices PO Box 545 Wheeling, IL 60090 | | | Water Machine 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 6,415.50 |
| Maxim Intergrated Products Inc. 120 San Gabriel Drive Sunnyvale, CA 94086-5125 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 453.87 |
| McMaster-Carr PO Box 7690 Chicago, IL 60680 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 3,429.10 |
| Meder Electronic, Inc. PO Box 12014 Newark, NJ 07101 | | | Trade Vendor 2010 | | | | |
| ACCOUNT NO. | | | | | | | 540.75 |
| Mini Circuits PO Box 350165 Brooklyn, NY 11235 | | | Trade Vendor 2010 | | | | |

Sheet no. 7 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    11,274.76

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Impeva Labs, Inc.__          Case No. _____
                          Debtor                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 8,715.60 |
| Mouser Electronics PO Box 350165 Brooklyn, NY 11235 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 592.62 |
| Newark InOne PO Box 94151 Palatine, IL 60094 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 7,477.31 |
| NU Horizons Electronics Dept. LA 21102 Pasadena, CA 91185 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 31.23 |
| Office Depot PO Box 689020 Des Moines, IA 50368 | | | Office Supplies 2010 | | | | |
| ACCOUNT NO. | | | | | | | 508.00 |
| Peninsula Storage Center - II 2409 Leghorn St. Mountain View, CA 94040 | | | Storage 2010 | | | | |

Sheet no. __8__ of __13__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $             17,324.76

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    Impeva Labs, Inc. _____     Case No. _____
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 13,600.00 |
| Premier Wireless Solutions 1225 Pear Ave., Suite 100 Mountain View, CA 94043 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 422.47 |
| Prototek Sheetmetal Fabrication LLC 244 Bumham Intervale Rd. Contoocook, NH 03229 | | | Trade Vendor 2010 | | | | |
| ACCOUNT NO. | | | | | | | 623.00 |
| Quality Logistics, Inc. 655 Skyway Rd. No. 210 San Carlos, CA 94070 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 935.78 |
| Quill Corporation PO Box 37600 Philadelphia, PA 19101 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 7,454.50 |
| RDP Engineering Schematic and PCB Service 6209 Valley Glen Ct. San Jose, CA 95123 | | | Trade Vendor 2009 | | | | |

Sheet no. 9 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          23,035.75

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Impeva Labs, Inc.**                                    Case No. _____
_____                        (If known)
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 27,783.40 |
| Realty Equity Ent. Service, LLC 2570 W. El Camino Real, No. 500 Mountain View, CA 94040 | | | Landlord-Unpaid Rent 2010 | | | | |
| ACCOUNT NO. | | | | | | | 181.32 |
| Sam's Club PO Box 530981 Atlanta, GA 30353 | | | Office Supplies 2/2010 | | | | |
| ACCOUNT NO. | | | | | | | 5,478.50 |
| SamTec, Inc. 3837 Reliable Parkway, IL 60686 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 120,632.32 |
| Sanmina-SCI Corp 13000 S. Memorial Parkway Huntsville, AL 35803-6000 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 9,371.25 |
| Sensirion, Inc. 2801 Townsgate Rd., Suite 204 Westlake Village, CA 91361 | | | Trade Vendor 2009-2010 | | | | |

Sheet no. _10_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          163,446.79

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Impeva Labs, Inc.**                              Case No. _____
                                                                    (If known)
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,513.88 |
| **Sensor Logic** 15303 Dallas Parkway, Suite 1110 Addison, TX 75001 | | | Trade Vendor 2010 | | | | |
| ACCOUNT NO. | | | | | | | 300.00 |
| **Shred-It** 350 Hatch Drive Foster City, CA 94404 | | | Shredding Services 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 2,016.00 |
| **Signal Quest** 10 Water St. Lebanon, NH 03766 | | | Trade Vendor 2010 | | | | |
| ACCOUNT NO. | | | | | | | 7,916.08 |
| **Stalnaker Construction, Inc.** PO Box 772457 Ocala, FL 34477 | | | Landlord-Unpaid Rend 2010 | | | | |
| ACCOUNT NO. | | | | | | | 346.00 |
| **Stratasys** PO Box 1450 NW-7463 Minneapolis, MN 55485 | | | Trade Vendor 2009 | | | | |

Sheet no. _11_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 15,091.96

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Impeva Labs, Inc.**                                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,786.31 |
| Surface Art Engineering, Inc. 81 Bonaventura Dr. San Jose, CA 95134 | | | Trade Vendor 2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 158.18 |
| The Hartford PO Box 2907 Hartford, CT 06104 | | | Workers Comp. Insurance 2010 | | | | |
| ACCOUNT NO. | | | | | | | 4,620.00 |
| Time Sensitive Circuits PO Box 16000 Lewiston, ME 04243 | | | Trade Vendor 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,419.07 |
| T-Mobile PO Box 51843 Los Angeles, CA 90051 | | | Wireless Services 2010 | | | | |
| ACCOUNT NO. | | | | | | | 52,580.80 |
| U-Blox America, Inc. 1902 Campus Commons Drive Suite 310 Reston, VA 20191 | | | Trade Vendor 2009-2010 | | | | |

Sheet no.  12 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷ $          64,564.36

Total  ▷ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Impeva Labs, Inc. _____     Case No. _____
                                                                    (If known)
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 489.22 |
| UPS<br>PO Box 894820<br>Los Angeles, CA  90189 | | | Shipping Services<br>2010 | | | | |
| ACCOUNT NO. | | | | | | | 180.21 |
| Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA  91346 | | | Wireless Services<br>2010 | | | | |
| ACCOUNT NO. | | | | | | | 10,638.80 |
| Wenlyn Screw Company, Inc.<br>810 Maple Lane<br>Bensenville, IL  60106 | | | Trade Vendor<br>2009-2010 | | | | |
| ACCOUNT NO. | | | | | | | 791.06 |
| WiLine Networks, Inc.<br>15 Roszel Road, Suite 106<br>Princeton, NJ  08540 | | | Trade Vendor<br>2010 | | | | |
| ACCOUNT NO. | | | | | | | 23,849.00 |
| Wilson Sonsini Goodrich & Rosati<br>PO Box 6000<br>File No. 73672<br>San Francisco, CA  94060 | | | Legal Services<br>2009-2010 | | | | |

Sheet no. 13 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          35,948.29

Total  >  $       1,027,872.50

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  Impeva Labs, Inc.
                          Debtor
,    Case No. _____
                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

❏  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Anthony Moroyan<br>12002 Emerald Hill lane<br>Los Altos Hills, Ca  94022 | Consulting Agreement |
| ARINC Inc.<br>Kathy Downs<br>2551 Riva Road<br>Annapolis, MD  21401 | Teaming Agreement for services provided to CSX Intermodal. |
| Bengt Henriksen<br>655 Skyway Rd., Suite 210<br>San Carlos, CA  94070 | Consulting Agreement |
| Charles Connors<br>329 Hillside Ave.<br>Westfield, NJ  07090 | Consulting Agreement |
| Dell Financial Services<br>12234 N. IH-35, Bldg B<br>Austin, TX  78753 | Lease for Computer Equipment. |
| Keane Advisors, LLC<br>1345 Enterprise Dr.<br>West Chester, PA 19380 | Advisory and Consulting Agreement |
| Macke Water Systems<br>Corporate Offices<br>PO Box 545<br>Wheeling, IL  60090 | Lease Agreement for water and coffee system. |
| Realty Equity Enterprise Services, LLC<br>2570 W. El Camino Real, Suite 500<br>Mountain View, CA 94040 | Office Lease for Mountain View, CA location. |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Impeva Labs, Inc.**
_____,        Case No. _____
                    Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Stalnaker Construction, Inc.<br>PO Box 772457<br>Ocala, FL 34477 | Office lease for Panama City, FL location. |
| Tami Costanzo<br>2216 Duval Court<br>Santa Clara, CA  95054 | Senior Advisory Agreement |

In re: **Impeva Labs, Inc.**
                                                    Case No. _____
                        Debtor                                    (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

In re  Impeva Labs, Inc.                                         Case No. _____
_____
                    **Debtor**                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Randall Shepard,**, the **Chief Executive Officer** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **29** _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  March 26, 2010                          Signature:    /s/ Randall Shepard
_____                                     _____
                                                            **Randall Shepard, Chief Executive Officer**
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*