| | |
|---|---|
| 1 | STEPHEN T. O'NEILL (115132) |
| | DORIS A. KAELIN (162069) |
| 2 | LAURENT CHEN (191661) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: soneill@murraylaw.com |
| 6 | Email: dkaelin@murraylaw.com |
| | Email: lchen@murraylaw.com |

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

**IMPEVA LABS, INC.,**

Debtor.

2570 West El Camino Real, Suite 100
Mountain View, California 94040

Employer Tax I.D. No.: 20-2084435

Case No.

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Impeva Labs, Inc., the debtor and debtor in possession herein (the "Debtor"), hereby submits its List of Equity Security Holders attached hereto as **Exhibit "A"** and by this reference incorporated herein.

I, Randall Shepard, President and Chief Executive Officer of the Debtor, do hereby declare under penalty of perjury that to the best of my knowledge, information and belief, the attached List

///

///

///

of Equity Security Holders is a complete list of all of the Debtor's equity security holders as of the date of the commencement of the within Chapter 11 case.

Dated: March 26, 2010  **IMPEVA LABS, INC.**

By: */s/ Randall Shepard*
    Randall Shepard
    President and Chief Executive Officer

# Impeva Labs, Inc.

## Equity Security Holders

### Exhibit A

| | |
|---|---|
| Agility Holdings Investment, LLC | over 30% |
| James J and Agnes C Kim | over 10% |
| NTT Leasing Capital (USA), Inc. | over 5% |
| Anthony Moroyan | over 5% |
| Randall Shepard | over 5% |
| Michael Baumgartner | over 5% |
| Brian Donlan | over 3% |
| Alfred J Stein and family of investors | over 3% |
| Keane Advisors, LLC | over 3% |
| Minassian, Norayr | over 1% |
| Steve Baumgartner | over 0.3 % |
| Paul Berenberg | over 0.3 % |
| Stritter Family Trust dtd 1/26/01 | over 0.3 % |
| Schubat Family Revocable Trust | over 0.3 % |
| Capri Ventures, LLC | over 0.3 % |

Note:
  A, A-1,B, B-1 are all preferred shares
  Comm are all Common shares