| 1 | STEPHEN T. O'NEILL (115132) |
| --- | --- |
| | DORIS A. KAELIN (162069) |
| 2 | LAURENT CHEN (191661) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: soneill@murraylaw.com |
| 6 | Email: dkaelin@murraylaw.com |
| | Email: lchen@murraylaw.com |

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**IMPEVA LABS, INC.,**

Debtor.

2570 West El Camino Real, Suite 100
Mountain View, California 94040

Employer Tax I.D. No.: 20-2084435

Case No.

Chapter 11

## 20 LARGEST UNSECURED CLAIMS

Impeva Labs, Inc., the debtor and debtor in possession in the above captioned Chapter 11 case who filed its Voluntary Petition under Chapter 11 on March 26, 2010, hereby submits its List of Creditors Holding 20 Largest Unsecured Claims, attached hereto as **Exhibit "A"** and by this reference incorporated herein.

Dated: March 26, 2010

**IMPEVA LABS, INC.**

*/s/ Randall Shepard*
Randall Shepard
President and Chief Executive Officer

**United States Bankruptcy Court**
**Northern District of California**

In re  Impeva Labs, Inc.                                      , Case No. _____
                    Debtor                                      Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fouad Alghanim & Sons Group of Co. Fouad Alghanim PO Box 2118 Safat, 13022 Kuwait | | | | $500,000.00 |
| Sanmina-SCI Corp 13000 S. Memorial Parkway Huntsville, AL 35803-6000 | | | | $120,632.32 |
| U-Blox America, Inc. 1902 Campus Commons Drive Suite 310 Reston, VA 20191 | | | | $52,580.80 |
| Digi-Key PO Box 250 Thief River Falls, MN 56701 | | | | $29,296.63 |
| Realty Equity Ent. Service, LLC 2570 W. El Camino Real, No. 500 Mountain View, CA 94040 | | | | $27,783.40 |
| Wilson Sonsini Goodrich & Rosati PO Box 6000 File No. 73672 San Francisco, CA 94060 | | | | $23,849.00 |

In re **Impeva Labs, Inc.**, Case No. _____
Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Arrow Electronics, Inc.<br>PO Box 6000<br>File 21174<br>San Francisco, CA 94160 | | | | $19,265.00 |
| Iridium Satellite LLC<br>8440 S. River Parkway<br>Tempe, AZ 85284 | | | | $18,966.99 |
| Devon Enterprises LLC<br>1360 Guernseytown Rd.<br>Watertown, CT 06795 | | | | $18,455.00 |
| CCX Corp.<br>1399 Horizon Ave<br>Lafayette, CO 80026 | | | | $16,423.24 |
| Premier Wireless Solutions<br>1225 Pear Ave., Suite 100<br>Mountain View, CA 94043 | | | | $13,600.00 |
| Wenlyn Screw Company, Inc.<br>810 Maple Lane<br>Bensenville, IL 60106 | | | | $10,638.80 |

In re **Impeva Labs, Inc.**                                , Case No. _____

                                    Debtor                        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Koehike Components, Inc.**<br>1201 Commerce Center Drive<br>Franklin, Ohio 45505 | | | | $10,076.73 |
| **Anwar Al-Bisher Law Firm**<br>Kuwait Chamber of Commerce<br>Industry Bldg, 6th Flr.<br>Al Shuhada St., PO Box 26292<br>Safat, 13123 Kuwait | | | | $10,000.00 |
| **All America Semiconductor LLC**<br>PO Box 673895<br>Detroit, MI 48267 | | | | $9,901.00 |
| **Sensirion, Inc.**<br>2801 Townsgate Rd., Suite 204<br>Westlake Village, CA 91361 | | | | $9,371.25 |
| **American Standard Circuits, Inc.**<br>475 Industrial Drive<br>West Chicago, IL 60185 | | | | $8,961.36 |
| **Mouser Electronics**<br>PO Box 350165<br>Brooklyn, NY 11235 | | | | $8,715.60 |

In re **Impeva Labs, Inc.** _____, Case No. _____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Avnet Electronics Marketing<br>Box 100340<br>Pasadena, CA 91189 | | | | $8,165.01 |
| Stalnaker Construction, Inc.<br>PO Box 772457<br>Ocala, FL 34477 | | | | $7,916.08 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Randall Shepard, Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: March 26, 2010　　　　　　Signature: /s/ Randall Shepard

**Randall Shepard, Chief Executive Officer**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.