| | |
|---|---|
| 1 | ROBERT A. FRANKLIN (091653) |
| | DORIS A. KAELIN (162069) |
| 2 | THOMAS T. HWANG (218678) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: rfranklin@murraylaw.com |
| 6 | Email: dkaelin@murraylaw.com |
| | Email: thwang@murraylaw.com |

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**IMPEVA LABS, INC.,**

Debtor.

2570 West El Camino Real, Suite 100
Mountain View, California 94040

Employer Tax I.D. No.: 20-2084435

Case No. 10-53056-ASW-11

Chapter 11

Date: April 16, 2010 *[final hearing]*
Time: 9:45 a.m.
Place: United States Bankruptcy Court
280 S. First St., Room 3020
San Jose, CA 95113
Judge: Honorable Arthur S. Weissbrodt

**NOTICE OF ENTRY OF INTERIM ORDER APPROVING AGREEMENT
TO PROVIDE POST-PETITION SECURED FINANCING AND SETTING FINAL HEARING**

**TO: THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on April 2, 2010, the above-entitled Court entered an ORDER APPROVING USE OF CASH COLLATERAL AND SETTING FINAL HEARING, a copy of which is attached hereto as **Exhibit "A"** and incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that the final hearing on the Debtor's MOTION FOR INTERIM AND FINAL ORDERS APPROVING AGREEMENT TO PROVIDE POST-PETITION FINANCING, FOR ADEQUATE PROTECTION SECURED BY LIEN ON PROPERTY OF THE ESTATE UNDER SECTION 364 AND

| | |
|---|---|
| 1 | FOR MODIFICATION OF AUTOMATIC STAY shall be held before this Court, the Honorable Arthur S. |
| 2 | Weissbrodt, United States Bankruptcy Judge presiding, at 280 S. First Street, Room 3020, San Jose, |
| 3 | California, on **April 16, at 9:45 a.m**. |
| 4 | Dated:  April 2, 2010                              **MURRAY & MURRAY** |
|   |                                                                    A Professional Corporation |
| 5 | |
| 6 |                                                               By:  */s/ Robert A. Franklin* |
|   |                                                                        Robert A. Franklin |
| 7 |                                                                        Attorneys for Debtor |