STEPHEN T. O'NEILL (115132)
DORIS A. KAELIN (162069)
THOMAS T. HWANG (218678)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: dkaelin@murraylaw.com
Email: thwang@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

**IMPEVA LABS, INC.,**

Debtor.

2570 West El Camino Real, Suite 100
Mountain View, California 94040

Employer Tax I.D. No.: 20-2084435

Case No. 10-53056-ASW-11

Chapter 11

Date: May 4, 2010
Time: 10:00 a.m.
Place: United States Bankruptcy Court
280 S. First St., Room 3020
San Jose, CA 95113
Judge: Honorable Arthur S. Weissbrodt

**SUPPLEMENTAL DECLARATION OF RANDALL L. SHEPARD IN SUPPORT OF MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**

I, Randall L. Shepard, declare:

1. I am the Chief Executive Officer of Impeva Labs, Inc., the debtor and debtor in possession in the above-captioned bankruptcy case (the "Company" or the "Debtor") and am authorized to make this Declaration on its behalf. I have personal knowledge of the matters stated herein except as to those matters stated on information and belief, and as to those matters I am informed and believe them to be true. If called as a witness, I could and would testify competently

DAK
R:\Impeva Labs\POSale\mot supp dec Shepard v3.doc

1

SUPPLEMENTAL DECLARATION OF RANDALL L. SHEPARD IN SUPPORT OF MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS . . .

as to those facts.

2. This Declaration is filed in further support of the MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (the "Sale Motion").

3. Following entry of the Bidding Procedures Order[1] on April 2, 2010, as noted in the Sale Motion and my previously filed declaration in support thereof, (a) the Debtor emailed a list of over 40 potentially interested persons of the purchase opportunity (in addition to service by mail of the notices of hearing and the motions by counsel for the Debtors); (b) the Debtor issued a press release regarding the proposed Sale (which occurred on April 5, 2010); and (c) the Debtor held a non-proprietary webinar for potential bidders on April 8, 2010.

4. In response to these efforts, the Debtor received approximately fourteen (14) inquiries about the proposed Sale.

5. Nine (9) persons (each a "Prospective Bidder") executed separate non-disclosure agreements ("NDA") and presented the Debtor with information in support of their financial wherewithal and ability to consummate the Sale Transaction.

6. Twelve (12) persons participated in the April 8, 2010 non-proprietary webinar by the Company.

7. On April 12, 2010, the Debtor presented an informational, proprietary "webinar" for those persons who were under NDA, at which nine (9) Prospective Bidders were in attendance.

8. Those persons who executed NDA's engaged in various levels of due diligence. Upon request, those persons under NDA were provided access to an online due diligence data room where additional proprietary information was made available about the Company, its assets, its contracts, and other information.

9. The Debtor also hosted thirteen (13) part-day, on-site meetings involving their Mountain View, CA and Panama City, FL offices.

10. Prior to the Qualified Bid Deadline on April 28, 2010, I contacted each Prospective Bidder to follow up, to gauge interest and to make myself available to answer any questions.

---

[1] Terms not separately defined herein shall have the meaning ascribed to them in the Sale Motion.

Case: 10-53056   Doc# 101   Filed: 05/03/10   Entered: 05/03/10 13:21:15   Page 2 of 3

2   SUPPLEMENTAL DECLARATION OF RANDALL L. SHEPARD IN SUPPORT OF MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS . . .

11. In addition to ARINC's bid represented by the Purchase Agreement, the Debtor received one (1) Qualified Bid. Debtor's counsel has informed this bidder, Cubic Corporation, that it is a Qualified Bidder under the Bidding Procedures Order.

12. No brokers have been involved in consummating the proposed Sale, and therefore no commissions are due to any brokers in connection with the Sale.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief, and that this Declaration was executed on this 30th day of April, 2010.

*/s/ Randall L. Shepard*
Randall L. Shepard