STEPHEN T. O'NEILL (115132)
DORIS A. KAELIN (162069)
THOMAS T. HWANG (218678)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: dkaelin@murraylaw.com
Email: thwang@murraylaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re:

**IMPEVA LABS, INC.,**

Debtor.

2570 West El Camino Real, Suite 100
Mountain View, California 94040

Employer Tax I.D. No.: 20-2084435

Case No. 10-53056-ASW-11

Chapter 11

Date: May 4, 2010
Time: 10:00 a.m.
Place: United States Bankruptcy Court
280 S. First St., Room 3020
San Jose, CA 95113
Judge: Honorable Arthur S. Weissbrodt

**DECLARATION OF DORIS A. KAELIN IN SUPPORT OF MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**
**(SUBMISSION OF PROPOSED FORM OF SALE ORDER)**

I, Doris A. Kaelin, declare:

1. I am an attorney duly licensed to practice in this state and before this Court and am a shareholder of the law firm of Murray & Murray, A Professional Corporation, the attorneys for Impeva Labs, Inc., the debtor and debtor in possession in the above-captioned bankruptcy case. I have personal knowledge of the matters stated herein except as to those matters stated on

Case: 10-53056    Doc# 102    Filed: 05/03/10    Entered: 05/03/10 13:29:12    Page 1 of 3

DECLARATION OF DORIS A. KAELIN IN SUPPORT OF MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND . . .

1. information and belief, and as to those matters I am informed and believe them to be true. If called as a witness, I could and would testify competently as to those facts.

2. This Declaration is filed in further support of the MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (the "Sale Motion").[1]

3. Attached hereto **as Exhibit "A"** is the proposed form of Order on the Sale Motion. The form of Order has been circulated to counsel for both Qualified Bidders, to counsel for Agility and to counsel for System Planning Corporation. The proposed form of Order incorporates comments received to-date by certain counsel; however, the proposed Order remains subject to additional comments that may be provided by counsel prior to or at the time of the hearing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May 3, 2010 at Cupertino, California.

*/s/ Doris A. Kaelin*
Doris A. Kaelin

---

[1] Terms not separately defined herein shall have the meaning ascribed to them in the Sale Motion.