STEPHEN T. O'NEILL (115132)
DORIS A. KAELIN (162069)
THOMAS T. HWANG (218678)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: dkaelin@murraylaw.com
Email: thwang@murraylaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>**IMPEVA LABS, INC.,**<br><br>Debtor.<br><br>2570 West El Camino Real, Suite 100<br>Mountain View, California 94040<br><br>Employer Tax I.D. No.: 20-2084435 | Case No. 10-53056-ASW-11<br><br>Chapter 11<br><br>Date: May 4, 2010<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>280 S. First St., Room 3020<br>San Jose, CA 95113<br>Judge: Honorable Arthur S. Weissbrodt |

**DECLARATION OF DORIS A. KAELIN IN SUPPORT OF MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**
**(REGARDING REVISED PROPOSED FORM OF SALE ORDER)**

I, Doris A. Kaelin, declare:

1.  I am an attorney duly licensed to practice in this state and before this Court and am a shareholder of the law firm of Murray & Murray, A Professional Corporation, the attorneys for Impeva Labs, Inc., the debtor and debtor in possession in the above-captioned bankruptcy case. I have personal knowledge of the matters stated herein except as to those matters stated on

Case: 10-53056   Doc# 113   Filed: 05/06/10   Entered: 05/06/10 18:32:28   Page 1 of 2

DECLARATION OF DORIS A. KAELIN IN SUPPORT OF MOTION BY DEBTOR TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND . .

1. information and belief, and as to those matters I am informed and believe them to be true. If called as a witness, I could and would testify competently as to those facts.

2. This Declaration is filed in further support of the MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (the "Sale Motion").[1]

3. On May 3, 2010, a declaration was filed by me in support of the Sale Motion (docket number 102) which attached as Exhibit "A" the proposed form of Order on the Sale Motion.

4. A proposed final form of Order on the Sale Motion (the "Sale Order") has been or will be uploaded with the Court. Attached hereto as **Exhibit "A"** is a "red-line" of the order reflecting changes made to the form of order attached to my May 3, 2010 declaration.

5. Counsel for ARINC, Katie Lane, has confirmed to me that the form of Sale Order is acceptable to ARINC. Counsel for Cubic, Vincent Slusher, has likewise confirmed that the form of Sale Order is acceptable to Cubic. The proposed Sale Order was sent by email at approximately 11:30 a.m. today to John Wesolowski of the Office of the United States Trustee and to David Unseth, counsel for Agility Investment Holdings LLC. Mr. Unseth's comments have been incorporated in the Sale Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May 6, 2010 at Cupertino, California.

*/s/ Doris A. Kaelin*
Doris A. Kaelin

---

[1] Terms not separately defined herein shall have the meaning ascribed to them in the Sale Motion.

Case: 10-53056  Doc# 113  Filed: 05/06/10  Entered: 05/06/10 18:32:28  Page 2 of 2

DECLARATION OF DORIS A. KAELIN IN SUPPORT OF MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND . . .